# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10579

_____

UNITED STATES OF AMERICA,

                                                                  Plaintiff-Appellee,

*versus*

JOHN R. MOORE, JR.,
TANNER J. MANSELL,

                                                         Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cr-80073-DMM-2

_____

ORDER:

| 2 | Order of the Court | 23-10579 |

The motion for an extension of time to and including January 16, 2024 to file Appellants' joint reply brief is GRANTED.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE